1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  ALBERT P.,[1]

CASE NO. 2:23-cv-08361-MAR

12            Plaintiff,

JUDGMENT

13       v.

14  MARTIN O'MALLEY,
Commissioner of Social Security,

15

16            Defendant.

17       It is the judgment of this Court that the final decision of the Commissioner of

18  the Social Security Administration is **REVERSED**, and the action is **REMANDED**

19  for further proceedings consistent with the Memorandum and Order.

20  DATED:  June 17, 2024

21

22

23  _____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

24

25

26

27  1 Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
recommendation of the Committee on Court Administration and Case Management of the Judicial
Conference of the United States.

28